**Electronically Filed**
**Intermediate Court of Appeals**
**28566**
**22-AUG-2011**
**08:20 AM**

NO. 28566

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JEAN PRANDINI, Plaintiff-Appellant,
v.
AOAO HALEAKALA SHORES, an unincorporated
association of condominium homeowners, and
MANAGEMENT CONSULTANTS OF HAWAII, INC.,
a domestic profit corporation,
Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CV. NO. 06-1-0109(3))

ORDER DENYING PLAINTIFF-APPELLANT
JEAN PRANDINI'S MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, Fujise and Ginoza, JJ.)

Upon review of the Motion for Reconsideration filed by Plaintiff-Appellant on August 15, 2011, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaiʻi, August 22, 2011.

On the motion:

Lance D. Collins
Linda J. Nye
for Plaintiff-Appellant

Chief Judge

Associate Judge

Associate Judge